FILED ___   RECEIVED ___
ENTERED ___   SERVED ON ___
COUNSEL/PARTIES OF RECORD

SEP 3 0 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                                            )<br>             Plaintiff-Appellee,       )<br>   vs.                                                   )<br>                                                            )<br>FAUSTO QUEZADA,                        )<br>                                                            )<br>             Defendant-Appellant.    )<br>                                                            ) | 2:13-cr-00428-KJD-CWH-2<br><br><br><br><br><br>ORDER |

On September 26, 2014, this Court granted the defendant's (doc. 63) Motion to Withdraw as Attorney.

Accordingly, IT IS HEREBY ORDERED that Mark Bailus, is APPOINTED as counsel for Fausto Quezada in place of Robert Draskovich for all future proceedings.

Mr. Draskovich shall forward the file to Mr. Bailus forthwith.

DATED this 30th day of September, 2014.
NUNC PRO TUNC: September 26, 2014.

_____
UNITED STATES MAGISTRATE JUDGE